**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC, | § | Case No. 2:14-cv-252 (JRG) |
| | § | |
| Plaintiff, | § | |
| | § | Jury Trial Requested |
| v. | § | |
| | § | |
| CISCO SYSTEMS INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF P.R. 4-1 DISCLOSURES**

COMES NOW, Plaintiff Packet Intelligence LLC and notifies the Court that pursuant to P.R. 4-1 and the Court's August 5, 2014 Order, it served its proposed claim terms on counsel for defendant via electronic mail on October 31, 2014.

Dated: October 31, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw (TX Bar No. 03783900)
　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux (TX Bar No. 05770585)
　　　　　　　　　　　　　　　　　　　　　　D. Jeffrey Rambin (TX Bar No. 00791478)
　　　　　　　　　　　　　　　　　　　　　　**CAPSHAW DERIEUX, LLP**
　　　　　　　　　　　　　　　　　　　　　　114 E. Commerce Ave.
　　　　　　　　　　　　　　　　　　　　　　Gladewater, Texas 75647
　　　　　　　　　　　　　　　　　　　　　　Telephone: 903-236-9800
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 903-236-8787
　　　　　　　　　　　　　　　　　　　　　　E-mail: ccapshaw@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: ederieux@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: jrambin@capshawlaw.com

　　　　　　　　　　　　　　　　　　　　　　Brooke Ashley-May Taylor
　　　　　　　　　　　　　　　　　　　　　　Susman Godfrey, LLP
　　　　　　　　　　　　　　　　　　　　　　1201 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 3800
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　　206/516-3880
　　　　　　　　　　　　　　　　　　　　　　Fax: 206/516-3883

Email: btaylor@susmangodfrey.com

Shawn Daniel Blackburn
Susman Godfrey
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713-653-7822
Fax: 713-654-6666
Email: sblackburn@susmangodfrey.com

Claire Abernathy Henry
Thomas John Ward, Jr.
Ward & Smith Law Firm
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
Email: jw@wsfirm.com

Michael F Heim
Robert Allan Bullwinkel
Heim, Payne & Chorush, LLP-Houston
600 Travis
Suite 6710
Houston, TX 77002
713 221-2000
Fax: 713 221-2021
Email: mheim@hpcllp.com
Email: abullwinkel@hpcllp.com

Douglas Ron Wilson
Heim, Payne & Chorush, LLP
9442 Capital of Texas Hwy North
Plaza One
Ste 500
Austin, TX 78759
512/343-3622
Fax: 713-221-2021
Email: dwilson@hpcllp.com

**ATTORNEYS FOR PLAINTIFF
PACKET INTELLIGENCE LLC**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of October, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux