**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:14-CV-252-JRG |
| | § | |
| CISCO SYSTEMS, INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In view of Packet Intelligence LLC's Notice of Withdrawal of Motion to Compel Source

Code Production [Dkt. 60]  (Dkt. No. 84, filed January 19, 2014), the Court hereby withdraws

Packet Intelligence's Motion (Dkt. No. 60) and terminates the hearing scheduled for Wednesday,

January 21, 2015.

**So ORDERED and SIGNED this 20th day of January, 2015.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE